AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Shawn Craig | ) | 23-MJ-8006-PGL |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **Sept 12, Oct 20, and Oct 26, 2022** in the county of **Middlesex** in the District of **Massachusetts**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g); | Felon in Possession of a Firearm and Ammunition; |
| 21 U.S.C. § 841 | Possession with Intent to Distribute and Distribution of Controlled Substance (Cocaine) |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Jay E. Godino, Bureau of Alcohol, Tobacco, Firearms and Explosives

☑ Continued on the attached sheet.

*Jay E. Godino /by Paul G. Levenson*
*Complainant's signature*

Jay E. Godino, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 01/18/2023

*Judge's signature*

City and state: Boston, Massachusetts    Honorable Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*