**Criminal Case Cover Sheet**  U.S. District Court - District of Massachusetts

**Place of Offense:**   Category No. __II__   Investigating Agency __ATF__

**City** __Newton__   Related Case Information:

**County** __Middlesex__

| | | |
|---|---|---|
| Superseding Ind./ Inf. | | Case No. |
| Same Defendant | | New Defendant __X__ |
| Magistrate Judge Case Number | | __23-MJ-8006-PGL__ |
| Search Warrant Case Number | | |
| R 20/R 40 from District of | | |

**Defendant Information:**

Defendant Name __Shawn Craig__   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) __Newton, Massachusetts__

Birth date (Yr only): __1985__   SSN (last4#): __4400__   Sex __M__   Race: ____   Nationality: ____

**Defense Counsel if known:** _____   Address _____

**Bar Number** _____

**U.S. Attorney Information:**

**AUSA** __Kaitlin R. O'Donnell__   Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☐ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested   ☐ Regular Process   ☑ In Custody

**Location Status:**

**Arrest Date** __10/26/2022__

☐ Already in Federal Custody as of _____ in _____ .
☑ Already in State Custody at __Billerica__   ☐ Serving Sentence   ☑ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __01/18/2023__   Signature of AUSA: _/s/ Kaitlin R. O'Donnell_

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant** _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 922(g) | Felon in Possession of a Firearm and Ammunition | 1 |
| Set 2 | 21 U.S.C. § 841 | Possession with Intent to Distribute and Distribution of Controlled Substance (Cocaine) | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

Case 1:23-mj-08006-PGL   Document 1-2   Filed 01/18/23   Page 2 of 2
JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013