UNITED STATES

V.                                   Case No. 23-MJ-8006-PGL

Shawn Craig

MOTION TO WITHDRAW COUNSEL

The Defendant Mr. Craig moves for undersigned counsel (Alyssa T. Hackett) to withdraw her appearance due to an irretrievable breakdown in communication, resulting in a conflict of interest and ineffective assistance of counsel.

Respectfully submitted
By Shawn Craig (Pro Se)

x Shawn Craig
    4-12-23

Certificate of Service

Mr. Craig hereby certifies this document is being sent to the U.S. District Court.

To whom this may concern,

Can I please be called in through Zoom only because I do not want to go on 27 hour Lockdown just because I don't have the covid vaccine.

Thank you

Shawn Craig

P.S Here at PLYMOUTH COUNTY IF YOU are "NOT" VACCINE, THE YOU have TO qurantine ~~quriane~~ FOR 14 days Whenever you Leave THE Builted and it is A 27 Hour Lockdown. So I do NOT wish TO have That done JUST TO ~~#~~ ~~#~~ have A NEW Lawyer.